

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2016

No. 04-16-00327-CV

Maxine **ADAMS** and Cecil Adams,
Appellants

v.

Christopher A. **PRINE**,
Appellees

From the 269th District Court, Harris County, Texas
Trial Court No. 2014-35653-a
Judge 269th District Court, Judge Presiding

## O R D E R

Appellants have filed a motion to abate the proceedings in trial court cause number 2014-35653 and to transfer the clerk's record from appeal number 04-15-00287-CV to this appeal. The motion to abate is DENIED. The motion to transfer the clerk's record is GRANTED. The clerk of the court is directed to electronically copy the clerk's record from appeal number 04-15-00287-CV to this appeal and to provide the appellants a CD-ROM containing an electronic copy of the transferred record.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court